CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Ray Ballister, Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
russ@potterhandy.com
   Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Ricardo Sherfield**, <br><br> Plaintiff, <br><br> v. <br><br> **Numero Uno Acquisitions, LLC,** a California Limited Liability Company; <br> and Does 1-10, <br><br> Defendants. | Case 2:20-CV-00240-ODW-AGR <br><br> **Plaintiff's Application for Default Judgment by Court Against Numero Uno Acquisitions, LLC** <br><br> Date: April 20, 2020 <br> Time: 1:30 p.m. <br> Ctrm: 5D (5th Floor) |

To Defendant Numero Uno Acquisitions, LLC, and the attorneys of record, if any: Please take notice that on April 20, 2020, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at the United States Courthouse, 350 W. 1st Street, Los Angeles, California, Plaintiff Ricardo Sherfield, will present his application for default judgment against defendant Numero Uno Acquisitions, LLC. The Clerk has previously entered the default on Numero Uno Acquisitions, LLC, on February 7, 2020.

At the time and place of hearing, plaintiff will present proof of the following matters: (1) Defendant Numero Uno Acquisitions, LLC is an entity

and not minor or incompetent person or in military service or otherwise exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendant Numero Uno Acquisitions, LLC has not appeared in this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities Act, and the Unruh Civil Rights Act.

The Plaintiff seeks a monetary judgment in the amount of $4,526.50 against defendant Numero Uno Acquisitions, LLC and an order directing the defendant to provide accessible restroom facilities at the Numero Uno Market at 1141 W. Carson Street, Torrance, California. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this the original application for default judgment by court was served on defendant Numero Uno Acquisitions, LLC, on March 10, 2020, by first class United States Mail, postage prepaid.

Dated: March 10, 2020                    CENTER FOR DISABILITY ACCESS

By: */s/ Russell Handy*
Russell Handy, Esq.,
Attorney for Plaintiff