**JS-6**

# United States District Court
# Central District of California

| | |
|---|---|
| RICARDO SHERFIELD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NUMERO UNO ACQUISITIONS, LLC,<br><br>　　　　　Defendant. | Case No. 2:20-cv-00240-ODW (AGRx)<br><br>**JUDGMENT** |

On January 8, 2020, Sherfield initiated this action against Defendant. (Compl., ECF No. 1.)  This Court declined to exercise supplemental jurisdiction over Sherfield's Unruh state law claim.  (Order Declining Suppl. Jurisdiction ("Order Declining") 5, ECF No. 13.)  On January 14, 2020, Defendant was served the Summons and Complaint.  (Proof of Service, ECF No. 11.)  Defendant failed to respond to the Summons and Complaint and on February 6, 2020, Plaintiff filed a Request for Entry of Default.  (Req. for Clerk to Enter Default, ECF No. 15.)  The next day, the Clerk of Court entered default. (Entry of Default, ECF No. 16.)  On March 10, 2020, Sherfield filed a motion for default judgment. (Mot. 1.) On July 23, 2020, the Court entered default judgment. (Order, ECF No. 21.)

　　　　It is therefore **ORDERED**, **ADJUDGED**, and **DECREED** that

1. Defendant is ordered to remove all architectural barriers identified in Sherfield's Complaint that are readily achievable to comply with the specifications set forth in the ADA Accessibility Guidelines; and

2. Plaintiff shall recover $1998.00 in attorneys' fees and $530.00 in costs.

**IT IS SO ORDERED.**

July 28, 2020

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**